

CLOSED
CIVIL
CASE

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
CASE NO. 02-20886-CIV-SEITZ/BANDSTRA

LA DOVE, INC., a Florida corporation,

     Plaintiff,

vs.

TIGI LINEA, INC. et al.,

     Defendants.

_____/



## FINAL ORDER OF DISMISSAL

THIS CAUSE came before the Court upon the plaintiff's Notice of Voluntary Dismissal Without Prejudice,

filed July 23, 2002.  Upon due consideration and pursuant to *Fed. R. Civ. P.* 41(a),  it is hereby

ORDERED that this action is DISMISSED WITHOUT PREJUDICE.  Any pending motions are DENIED AS

MOOT, and this case is CLOSED.

DONE AND ORDERED in Miami, Florida, this 24th day of July, 2002.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:
Magistrate Judge Ted E. Bandstra
Barry Rothberg, Esq. fax 305-579-0717
Reed Oslan, Esq.  Fax 312-861-2200